**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 150**

In the Matter of                                                                 Case Number:

Central States, Southeast and Southwest Areas Health and
Welfare and Pension Funds and Howard McDougall, trustee,
Plaintiffs, v. RCS Transportation LAP, LLC, a Kentucky limited
liability corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare and Pension
Funds and Howard McDougall, trustee

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| Rebecca K. McMahon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rebecca K. McMahon |
| FIRM |
| Central States Law Department |
| STREET ADDRESS |
| 9377 W. Higgins Road |
| CITY/STATE/ZIP |
| Rosemont, IL  60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290192 | 847/518-9800, Ext. 3441 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT