### *United States District Court for the Northern District of Illinois*

Case Number: 08CV150    Assigned/Issued By: J. N.

Judge Name: NORGLE    Designated Magistrate Judge: MASON

---

### FEE INFORMATION

**Amount Due:**    ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____    Receipt #: 2445667 _____

Date Payment Rec'd: 1-8-08 _____    Fiscal Clerk: J. N. _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    _____

(Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

<u>1</u>   Original and <u>0</u> _____ copies on <u>1-8-08</u> _____ as to <u>DEFENDANT</u> _____
                                          (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05