# Exhibit 1

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
AS OF JANUARY 7, 2008

RCS TRANSPORTATION LAP LLC
ACCOUNT NO. 6534915-0100

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 12/31/07* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1625786 | September 2007 Billing | $92,415.40 | $632.02 | $92,180.00<br>$227.20 | 11/27/2007<br>11/01/2007 *** | $867.42 |
| 1641130 | October 2007 Billing | $75,140.00 | $793.12 | $0.00 | | $75,933.12 |
| 1655596 | November 2007 Billing | $67,252.00 | $187.44 | $0.00 | | $67,439.44 |
| 1672832 | December 2007 Billing | $99,705.00 | $0.00 | $0.00 | | $99,705.00 |
| TOTALS | | $334,512.40 | $1,612.58 | $92,407.20 | | $243,717.78 ** |

FOOTNOTES:

*Interest thru 12/31/07
computed on individual items
from date due.

** A judgment entered against an employer shall include the total balance due as stated
above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                                $1,612.58

(B) Liquidated damages, based on the unpaid
    contributions in the amount of 20%                                                  $48,421.04
***     Work history adjustment credit
LSD:mlc:rcst010508