# Exhibit 2

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
HEALTH AND WELFARE FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
**AS OF JANUARY 7, 2008**

**RCS TRANSPORTATION LAP LLC**
ACCOUNT NO. 6534915-0100

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 12/31/07* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1625786 | September 2007 Billing | $96,097.80 | $0.00 | $95,860.10 | 10/19/2007 | $0.00 |
|  |  |  |  | $237.70 | 10/19/2007 |  |
| 1641130 | October 2007 Billing | $73,746.50 | $0.00 | $73,746.50 | 11/21/2007 | $0.00 |
| 1655596 | November 2007 Billing | $63,559.10 | $177.21 | $63,321.40 | 01/07/2008 | $414.91 |
| 1672832 | December 2007 Billing | $88,149.00 | $0.00 | $0.00 |  | $88,149.00 |
| TOTALS |  | $321,552.40 | $177.21 | $233,165.70 |  | $88,563.91 ** |

FOOTNOTES:

*Interest thru 12/31/07
computed on individual items
from date due.

** A judgment entered against an employer shall include the total balance due as stated
above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                                           $177.21

(B) Liquidated damages, based on the unpaid
contributions in the amount of 20%                                                          $17,677.34

LSD:mlc:rcst010508