IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| and | ) ) | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 150 |
| -vs- | ) ) | Honorable District Judge Norgle |
| RCS TRANSPORTATION LAP, LLC a Kentucky limited liability corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   RCS Transportation LAP, LLC
c/o Roy Bruce Nethery, Registered Agent
201 Alpine Drive
Shelbyville, KY 40065

PLEASE TAKE NOTICE that on January 11, 2008, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Charles R. Norgle, District Judge of the United States District Court for the

F: 249281 / 08110034 / 1/9/08

Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2341, Chicago, Illinois, or such other Judge as may be in his stead, and present the attached Plaintiffs' Motion for Preliminary Injunction.

                                            Respectfully submitted,

                                        /s/  Rebecca K. McMahon
                                        Rebecca K. McMahon
                                        Attorney for Plaintiffs
                                        Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds
                                        9377 West Higgins Road
                                        Rosemont, Illinois  60018-4938
                                        847/518-9800, Ext. 3441
January 9, 2008                          ARDC #06290192

## **CERTIFICATE OF SERVICE**

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds, certify that on the 9th day of January, 2008, I caused the foregoing Plaintiffs' Motion for Preliminary Injunction to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by mailing via UPS Next Day Air (#1Z 395 1X9 22 1007 209 7) and faxing said documents to:

>RCS Transportation LAP, LLC
>c/o Roy Bruce Nethery, Registered Agent
>201 Alpine Drive
>Shelbyville, KY 40065
>(502) 633-9261

Said documents were faxed and deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 9th day of January, 2008.

>/s/ Rebecca K. McMahon
>Rebecca K. McMahon
>One of Central States' Attorneys

F: 249281 / 08110034 / 1/9/08