# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                  Plaintiff,

v.                                                                                       Case No.:
                                                                                     1:08−cv−00150

                                                                                     Honorable Charles
                                                                                     R. Norgle Sr.

RCS Transportation LAP, LLC

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion for Preliminary Injunction [9] is withdrawn.Telephoned/mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.