AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 150**

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds and Howard McDougall, trustee, Plaintiffs,

V.

RCS Transportation LAP, LLC, a Kentucky limited liability corporation, Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE NORGLE
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

RCS Transportation LAP, LLC,
c/o Roy Bruce Nethery, Registered Agent
201 Alpine Drive
Shelbyville, KY 40065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. McMahon
Central States Law Department
9377 West Higgins Road
Rosemont, Illinois 60018-4938

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

January 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JANUARY 11, 2008 @ 3:00PM |
| NAME OF SERVER (PRINT)  JONATHAN HESSIG | TITLE  SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE: RCS TRANSPORTATION LAP, LLC BY SERVING ROY BRUCE NETHERY AT 201 ALPINE DRIVE SHELBYVILLE, KENTUCKY 40065

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 11, 2008    [signature]
              Date                 Signature of Server

**Hessig & Associates
3306 Collins Lane
Louisville, KY 40245**

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.