IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>and<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee,<br><br>        Plaintiffs,<br><br>-vs-<br><br>RCS TRANSPORTATION LAP, LLC, a Kentucky limited liability corporation,<br><br>        Defendant. | Case No. 08 C 150<br><br>Honorable<br>District Judge Norgle |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter. Plaintiffs further state that the dismissal shall be without prejudice.

    Respectfully submitted,

    /s/ Rebecca K. McMahon
    Rebecca K. McMahon
    Attorney for Plaintiffs,
    Central States, Southeast and Southwest
    Areas Pension Fund
    9377 West Higgins Road
    Rosemont, Illinois  60018-4938
    847/518-9800, Ext. 3441
April 1, 2008    ARDC #06290192

F: 258107 / 08110034 / 4/1/08

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on April 1, 2008, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed electronically. I served the foregoing by mailing said Notice to:

>Thomas Birchfield
>Greenebaum Doll & McDonald PLLC
>3500 National City Tower
>101 South Fifth Street
>Louisville, Kentucky 40202

Said Notice was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 1st day of April, 2008.

/s/ Rebecca K. McMahon
Rebecca K. McMahon
One of Central States' Attorneys

F: 258107 / 08110034 / 4/1/08